AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2021

SEAN F. McAVOY, CLERK

In propria persona AARON M. SURINA; A.A.S., minor son; and D.M.S., minor son,
*Plaintiffs*

v.

KEITH A. GLANZER; KEITH A. GLANZER, P.S.; DONNA HENRY; and CARL BERNARD WILSON,
*Defendants*

Civil Action No.  2:20-cv-00345-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants Keith A. Glanzer, Keith A. Glanzer, P.S., and Carl B. Wilson's Memorandum & Motion for Dismiss Pursuant to FRCP 12(b); and Motion for Judgment on the Pleadings, ECF No. 43, is GRANTED. Plaintiffs' Complaint, ECF No. 1, is DISMISSED WITH PREJUDICE. JUDGMENT in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.   on a motion to dismiss.


Date:  April 20, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza